JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
State Farm Fire and Casualty Company ;
5 Incorporated and Principal Place of Business in Another State; Illinois
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
MD Thomas R. McLean ;
2 Citizen of Another State; Kansas
**County of Residence:** Outside This District

Additional Defendants(s):
Jeffrey W. Bruce ;
1 Citizen of This State; Missouri

**County Where Claim For Relief Arose:** Cass County

**Plaintiff's Attorney(s):**
Richard William Wiese ( State Farm Fire and Casualty Company)
Heyl Royster Voelker & Allen, P.C.
701 Market Street
St. Louis, Missouri 63101
**Phone:** 3142412018
**Fax:**
**Email:** edwecf@heylroyster.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 4. Diversity of Citizenship

**Citizenship of Principal Parties** (Diversity Cases Only)

    **Plaintiff:** 5 Incorporated and Principal Place of Business in Another State

    **Defendant:** 2 Citizen of Another State

**Origin:** 1. Original Proceeding

**Nature of Suit:** 110 Insurance Contracts

**Cause of Action:** 28 U.S.C. § 2201 Declaratory judgment action on contract for insurance

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** Declaratory Judgment

Case 4:22-cv-00127-BP    Document 1-5    Filed 02/28/22    Page 1 of 2

**Jury Demand:** No

**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Richard W. Wiese

**Date:** 02/16/2022

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.