UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| State Farm Fire and Casualty Co. | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 4:22-CV-127 ) ) |
| Thomas R. McLean, MD, Jeffery W. Bruce | ) ) ) |
| Defendants. | ) |

## SUGGESTION OF DEATH

1. On May 22, 2022,
    a. Mr. Bruce filed a motion in 4:22-cv-127; and
    b. at 8:41 PM, a woman who identified herself as Peggy Bruce, (the Defendant's wife), left a voice message on my telephone. The message stated that the Defendant Jeffrey Bruce had passed away.
2. On May 23, 2022, I contacted Frontier Forensics Midwest, LLC (FFM), which serves as Cass County's coroner.
3. FFM stated that had received the body of Jeff Bruce (DOB: July 6, 1957) who resided in Belton Mo.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been electronically served upon the Plaintiff's counsel (PCloud@heylroyster.com).

Respectfully Submitted,

May 24, 2022

Thomas R. McLean, Plaintiff *pro se*
4970 Park, Shawnee, KS, 66216
913-525-5526; tmcllc1999@gmail.com