UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF MISSOURI

State Farm Fire and Casualty Co.

        Plaintiff,

v.

Thomas R. McLean, MD,
Jeffery W. Bruce

        Defendants.

Civil Action No. 4:22-CV-127-BP

## **PLANTIFF'S MOTION TO WITHDRAW ECF 17**

COMES NOW, Thomas R. McLean M.D., as a *pro se* Defendant in the above caption action to respectfully withdraw his motion for substituted service in this case. For the following reasons, Dr. McLean requests that this motion be granted.

1. This case was initially assigned to J. Sachs.
2. On May 25, 2022, Dr. McLean filed a motion for substituted service in this case.
3. After the above motion had been filed, CJ Phillips denied Dr. McLean very similar motion for substituted service in 4:20-cv-593.
4. On May 26, 2022, J. Sachs transferred this case to CJ Phillips.
5. Because the motion for substituted service in this case and 4:20-cv-593 are nearly identical and Dr. McLean believe CJ Phillips ruled correctly and properly in 4:20-cv-593, Dr. McLean respectfully request this his motion for substituted service in this case be withdrawn.

WHEREFORE, the substituted service motion in this case and in 4:20-cv-593 are virtually identical, Dr. McLean request his motion for substituted service in this case be withdrawn.

Respectfully Submitted,

May 26, 2022

_____
Thomas R. McLean, Plaintiff *pro se*
4970 Park
Shawnee, KS, 66216
913-525-5526
tmcllc1999@gmail.com